Prob 19
(10/99)

07-002-M-01

# United States District Court
# for the
# Southern District of New York

U.S.A. vs Warren Vann Bailey

Docket No.04 Cr 631-01

TO: [1]**Any United States Marshal or any other authorized officer.**

FILED
JAN 0 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST OF SUPERVISED RELEASEE**

You are hereby commanded to arrest the within-named defendant and bring him forthwith before the United States District Court to answer charges that he violated the conditions of his supervision imposed by the court.

| NAME OF SUBJECT<br>Warren Vann Bailey | SEX<br>Male | RACE<br>Black Non-hispanic | AGE<br>41 |
|---|---|---|---|
| ADDRESS(STREET, CITY, STATE)<br>Washington, DC- (District of supervision) | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>U.S. District Court - SDNY | DATE IMPOSED<br>September 30, 2004 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>U.S. District Court 500 Pearl Street, New York, NY 10007 | | | |
| CLERK<br>J. MICHAEL McMAHON | (BY) DEPUTY CLERK<br>Marcos Quintero | DATE<br>DEC 27 2006 | |

**RETURN**

| Warrant received and executed | DATE RECEIVED<br>12-27-06 | DATE EXECUTED<br>1-4-07 |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS)<br>US Marshal SDC | | |
| NAME<br>George Walsh | (BY)<br>Maurice Baldwin | DATE<br>1-4-07 |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."

PROB 12CV
(11/2000)

07-002-M-01

# United States District Court
for the
Southern District of New York
Petition for Warrant or Summons for Offender Under Supervision

Offender: Warren Vann Bailey

Docket Number: 04 Cr 631-01

Sentencing Judge: Stephen C. Robinson, U.S. District Judge

Date of Original Sentence: September 30, 2004

FILED
JAN 0 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Original Offense: Escape from Custody of the Attorney General {18 USC 751(a)}

Original Sentence: 8 months imprisonment; three (3) years supervised release.

Type of Supervision: Supervised Release Supervision Commenced: 12/29/04

Asst. U.S. Attorney: Jonathan Brian New (WP) Defense Attorney: Susanne Brody (WP)

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | ON OR BEFORE 2/11/05, THE SUPERVISED RELEASEE USED A CONTROLLED SUBSTANCE, TO WIT, COCAINE. **(MANDATED CONDITION, MANDATORY REVOCATION) - GRADE C VIOLATION.** |
| 2. | ON OR AFTER 12/29/04, THE SUPERVISED RELEASEE FAILED TO WORK REGULARLY AT A LAWFUL OCCUPATION. **(CONDITION # 5) - GRADE C VIOLATION.** |
| 3. | ON OR ABOUT 3/23/05, THE SUPERVISED RELEASEE FAILED TO ABIDE BY COURT ORDERED TREATMENT, IN THAT HE LEFT A 90-DAY IN-PATIENT SUBSTANCE ABUSE PROGRAM, HARBOR LIGHT, AGAINST CLINICAL ADVICE. **(SPECIAL CONDITION) - GRADE C VIOLATION.** |
| 4. | (ON OR ABOUT 3/29/05, THE SUPERVISED RELEASEE FAILED TO TRUTHFULLY ANSWER INQUIRIES OF THE PROBATION OFFICER, IN THAT HE STATED HE WAS DISCHARGED BY THE IN-PATIENT PROGRAM, HARBOR LIGHT, WHEN HE HAD IN FACT LEFT AGAINST CLINICAL ADVICE. **CONDITION # 3) - GRADE C VIOLATION.** |
| 5. | ON OR ABOUT 5/24/05, THE SUPERVISED RELEASEE FAILED TO NOTIFY THE PROBATION OFFICER OF A CHANGE IN RESIDENCE IN THAT THE RELEASEES WHEREABOUTS ARE PRESENTLY UNKNOWN. **(CONDITION #6) - GRADE C VIOLATION.** |

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X] Revoked
[ ] Extended for year(s), for a total term of years.

The conditions of supervision should be modified as follows:

[ ]

Respectfully submitted,

by [signature]
Yvonne Rivera
U.S. Probation Officer
(212) 805-5192

Approved By:

[signature] 7/12/05
Avriel G. George Date
Supervising U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

[signature]
Signature of Judicial Officer

Date August 9, 2005

**TO BE COMPLETED SHOULD THE COURT ORDER THE ISSUANCE OF A SUMMONS**

Date: ____________________

Time: ____________________

Place: ____________________

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY [signature: Marcos Quintero]
DEPUTY CLERK